In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00073-CV**
_____

**JUAN E. HURTADO, Appellant**

**V.**

**PATTI JONES, Appellee**

_____

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-07-09255-CV**
_____

**MEMORANDUM OPINION**

Juan E. Hurtado filed a *pro se* notice of appeal from the trial court's February 8, 2023 Order Granting Receiver's Emergency Motion Seeking the Deposit of Funds into the Court's Registry. The Clerk of the Court notified the parties that it appears the order being appealed is neither a final judgment nor an order that may be appealed through an accelerated appeal. The Clerk's notice warned the parties that the Court would dismiss the appeal for lack of jurisdiction unless we received a response that established our jurisdiction over the appeal. Neither party responded

1

in writing by March 22, 2023, as required by the Clerk's notice. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 3, 2023
Opinion Delivered May 4, 2023

Before Golemon, C.J., Horton and Wright, JJ.